UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Steven Grabda**,<br><br>                Plaintiff,<br><br>v.<br><br>**Innovative Manufacturing Solutions, Inc.**, an Arizona Corporation; **IMS Acquisition, LLC**, an Arizona Limited Liability Company; **Frank Encinas and Jane Doe Encinas**, A Married Couple, and **Frank Encinas Jr. and Jane Doe Encinas II**, a married couple,<br><br>                Defendants | No. 4:20-cv-00112-JR<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS** |

Plaintiff requested a default judgment against Defendants IMS Acquisition, LLC, Frank Encinas, and Jane Doe Encinas (collectively "Defendants"). The Clerk of the Court entered the Defendants' default pursuant to Fed. R. Civ. P. 55(a). The Court, having examined the pleadings and the record, and for good cause appearing, finds that the Plaintiff's request is well-founded and should be granted.

IT IS THEREFORE ORDERED that Plaintiff is awarded judgment against the Defendants IMS Acquisition, LLC, Frank Encinas, and Jane Doe Encinas, collectively, individually, jointly, and severally, as follows:

    A. For Plaintiff's unpaid wages in the amount of $2,804.45;

    B. For liquidated damages in the amount of $5,608.90;

C. For Plaintiff's attorneys' fees and costs, a motion for attorneys' fees and costs will be filed pursuant to LRCiv 54.2;

D. For post judgment interest at the rate described in 28 U.S.C. § 1961;

E. For Plaintiff's attorneys' fees and costs incurred in enforcing this judgment

Dated this 28th day of July, 2020.

_____
Honorable Jacqueline M. Rateau
United States Magistrate Judge